# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| GARY FONG, Derivatively on Behalf of Nominal Defendant MOLSON COORS BREWING COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| PETER H. COORS, PETER J. COORS, GEOFFREY E. MOLSON, ANDREW T. MOLSON, MARK R. HUNTER, BETTY K. DEVITA, MARY LYNN FERGUSON-MCHUGH, FRANKLIN W. HOBBS, IAIN J.G. NAPIER, DOUGLAS D. TOUGH, LOUIS VACHON, ROGER G. EATON, H. SANFORD RILEY, CHARLES M. HERINGTON, TRACEY I. JOUBERT, | ) ) ) ) ) ) ) ) ) ) Civil Case No: 1:19-cv-02298-DDD-NYW |
| Defendants, | ) |
| and | ) ) |
| MOLSON COORS BREWING COMPANY, INC. Nominal Defendant. | ) ) |

## JOINT MOTION TO REOPEN AND DISMISS WITHOUT PREJUDICE

Plaintiff Gary Fong, derivatively on behalf of nominal defendant Molson Coors Beverage Company[1] and Defendants Peter H. Coors, Peter J. Coors, Geoffrey E. Molson, Andrew T. Molson, Mark R. Hunter, Betty K. Devita, Mary Lynn Ferguson-McHugh, Franklin W. Hobbs, Iain J.G. Napier, Douglas D. Tough, Louis Vachon, Roger G. Eaton, H. Sanford Riley, Charles M. Herington, Tracey I. Joubert and Nominal Defendant Molson Coors Beverage Company (the

---

[1] Nominal Defendant Molson Coors Brewing Company, through undersigned counsel, hereby notifies the Court and all parties to this action of its official corporate name change. Effective January 1, 2020, the Company effected a change in corporate name with the Secretary of State of the State of Delaware to change its corporate name from "Molson Coors Brewing Company" to "Molson Coors Beverage Company." The Company shall now be formally known as Molson Coors Beverage Company.

1

"Company") (collectively, the "Defendants") submit this joint motion to reopen and voluntarily dismiss the above-captioned action (the "Action") without prejudice.

## I. STATUS OF ACTION AND REASON FOR DISMISSAL

This shareholder derivative action was commenced on August, 12, 2019. ECF No. 1. The Action alleges violations of Sections 14(a) and 20(a) of the Exchange Act, breaches of fiduciary duty against current and former directors and officers of the Company. The Action was stayed and administratively closed as Plaintiff awaited a ruling on the motion to dismiss the related federal securities class action captioned *In re Molson Coors Beverage Company Securities Litigation*, Case No. 19-cv-00455-DME-MEH (the "Securities Action"), which was pending in this Court before the Honorable David M. Ebel. A related derivative action pending in this Court, *Schmier v. Molson Coors Brewing Company, et al.*, 1:19-cv-00898-PAB-STV (D. Colo.), (the "*Schmier* Action"), has already been voluntarily dismissed. One other shareholder derivative action remains in this Court, *Murr v. Molson Coors Brewing Company, et al.*, No. 1:19-cv-01379-RBJ, pending before Honorable R. Brooke Jackson.[2]

On September 6, 2019, Magistrate Judge Nina Y. Wang entered a Recommendation stating that "this action be administratively closed, with leave to reopen for good cause, including but not limited to entry of an order resolving the anticipated motion to dismiss in the related Molson Coors Securities Actions."   Dkt. 20.   On September 23, 2019, the Court then adopted the Recommendation of the United States Magistrate Judge. Dkt. 22.

On December 2, 2020, Judge Ebel dismissed the Securities Action with prejudice and the plaintiffs to the Securities Action did not appeal the dismissal. The dismissal of the Securities

---

[2] The parties in *Murr* also intend to file a joint motion to voluntarily dismiss.

Action changed, among other things, the facts as alleged in the Action and increased Plaintiff's already difficult burden of pleading that a majority of the Company's Board of Directors could not have independently or disinterestedly investigated a pre-suit demand. In addition, the dismissal of the Securities Action also limited the calculation of any damages available to be recovered in the Action for the benefit of the Company. For these reasons, the Parties jointly seek to reopen the case in order to dismiss the action pursuant to F.R.C.P. 23.1.

## II.     NOTICE TO SHAREHOLDERS NOT REQUIRED

In the *Schmier* Action, Chief Judge Brimmer dismissed a similar derivative suit without prejudice and without notice on the same grounds as set forth herein. Dkt. 26. Similarly, courts across the country have approved dismissals of derivative actions in similar circumstances without requiring notice be provided to shareholders. *See, e.g. In re General Electric Co. Fed. S'holder Derivative Litig.*, No. 18-cv-03355-JMF (S.D.N.Y. Oct. 18, 2018) (ORDER) (approving voluntary dismissal of derivative action without ordering notice to shareholders under Rule 23.1(c)); *Vladimir Gusinsky Revocable Trust v. Acton, et al.*, 1:19-cv-02911-MLB (N.D. Ga Nov. 8, 2019) (same); *Herrera v. Hunt, et al.*, 15-cv-08937 (N.D. Ill. July 12, 2017) (same). As in the *Schmier* Action, there has been no settlement of any claims and neither the corporation nor its shareholders will suffer prejudice as a result of dismissal without notice.

## III.    CONCLUSION

For the reasons outlined herein, the Parties respectfully request the Action be reopened and dismissed without prejudice and without notice provided to shareholders.

Dated: June 25, 2021

Respectfully submitted,

s/   *Greg M. Nespole*
LEVI & KORSINSKY, LLP
Gregory M. Nespole
55 Broadway, 10th Floor
New York, NY 10006
212-363-7500
gnespole@zlk.com

FRANKLIN D. AZAR & ASSOCIATES, P.C.
Paul R. Wood (CO 12578)
14426 E. Evans Avenue
Aurora, CO 80014
303-757-3300
woodp@fdazar.com

*Attorneys for Plaintiff*

s/   *Joni S. Jacobsen*
DECHERT LLP
David H. Kistenbroker
Joni Jacobsen
Angela Liu
35. W. Wacker Drive, Suite 3400
Chicago, IL 60601
312-646-5800
david.kistenbroker@dechert.com
joni.jacobsen@dechert.com
angela.liu@dechert.com

*Attorneys for Defendants*

4

5

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 25th day of June, 2021, I filed the foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

s/*Joni S. Jacobsen*
Joni S. Jacobsen